Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

Austin Division

FILED
2023 DEC -5  PM 1: 21
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

1:23CV01476 RP

MARCO A. CANTU

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

J. MICHAEL MOORE

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marco A. Cantu |
| Street Address | 2014 Remington Drive, Suite A |
| City and County | Edinburg, Hidalgo County |
| State and Zip Code | Texas 78539 |
| Telephone Number | (956)534-6275 |
| E-mail Address | markacantu@hotmail.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | J. Michael Moore |
| Job or Title *(if known)* | |
| Street Address | 4900 N. 10th Street, Suite F3 |
| City and County | McAllen, Hidalgo County |
| State and Zip Code | Texas 78504 |
| Telephone Number | (956)320-2415 |
| E-mail Address *(if known)* | mmoore@moore-firm.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. Section 1331;  42 U.S.C. Section 1983;  U.S. Constitution, First Amendment.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of

the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

b.  If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

State of Texas, County of Hidalgo, City of Edinburg

_____

B.  What date and approximate time did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

,On February 23, 2023 at 10:30 a.m.

C.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?*
       *Was anyone else involved?  Who else saw what happened?)*

       In Cause No. C-4003-19-A, Defendant obtained an amended permanent injunction preventing Plaintiff
       and his spouse Roxanne Cantu from seeking to relitigate the 2008 Pay for Perjury Scheme or seek
       disqualification of the Hidalgo County District Attorney and/or seek to have appointed an attorney pro
       tem or empanel a grand jury to prosecute J. Michael Moore, Carlos Guerra, David Lumber, or any other
       individual, based upon any allegations relating to the events or proceedings concerning the alleged
       2008 Pay for Perjury Scheme and the factual matters related thereto, which form the basis of Mark
       Cantu/Roxanne Cantu claims therein.  Defendant and his spouse were also enjoined from filing any
       further cases, proceedings, lawsuits or Rule 202 proceedings related to the alleged 2008 Pay for Perjury
       Scheme ; from presenting any matters to any governmental agency, investigative body, or grand jury
       concerning any matters arising out of, or in any way related to, the alleged 2008 Pay for Perjury
       Scheme; and from presenting or attempting to present any witnesses, evidence, exhibits, affidavits or
       testimony or otherwise participating in any grand jury proceedings within the State of Texas relating to
       the purported 2008 Pay for Perjury Scheme.  The injunction was entered after the trial court's
       jurisdiction had expired. (See Attachment A)

## IV.     Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you
sustaining, are sustaining, or will sustain as a result of the events described above, or why such compensation
could not be measured.

Plaintiff faces a substantial threat of irreparable harm if the injunction is not granted in that he is placed in the
position of foregoing his First Amendment rights or engaging in his desired speech and subjecting himself to
contempt sanctions for violating the First Amended Permanent Injunction.  "The loss of First Amendment
freedoms, for even minimal periods of time, unquestionably constitues irreparable injury."  Elrod v. Burns, 427
U.S. 347, 373-74 (1976).

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

Plaintiff seeks an ex parte Temporary Restraining Order, Preliminary Injunction and Permanent Injunction, prohibiting enforcement of the First Amended Permanent Injunction Against Mark Cantu a/k/a Narco Cantu And All Those in Concert Including Roxanna Cantu.  Plaintiff further seeks Declaratory Judgment that the First Amended Permanent Injunction Against Mark Cantu  a/k/a Marco Cantu And All those In Concert Including Roxanna Cantu is void and in violation of 42 U.S.C. Section 1983 and the First Amendment to the U.S. Constitution.

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        12/04/2023

Signature of Plaintiff

Printed Name of Plaintiff     Marco A. Cantu

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address          markacantu@hotmail.com

Attachment A

Electronically Filed
2/22/2023 6:48 PM
Hidalgo County District Clerks
Reviewed By: Maria Monsivaiz

CAUSE NO. C-4003-19-A

| | | |
|---|---|---|
| MARCO A. CANTU,<br>Petitioner, | § § § | IN THE DISTRICT COURT |
| J. MICHAEL MOORE<br>Intervenor, | § § § | |
| Vs. | § § | |
| HIDALGO COUNTY DISTRICT<br>ATTORNEY RICARDO RODRIGUEZ<br>Respondent. | § § § § | HIDALGO COUNTY, TEXAS<br><br>92nd JUDICIAL DISTRICT |

FILED
AT ___ O'CLOCK ___ M
FEB 2 4 2023
LAURA HINOJOSA, CLERK
District Courts, Hidalgo County
By_____ Deputy#9

## FIRST AMENDED PERMANENT INJUNCTION AGAINST MARK CANTU A/K/A MARCO A. CANTU AND ALL THOSE IN CONCERT INCLUDING ROXANNA CANTU

**BE IT REMEMBERED** that on the 21st day of February, 2023, came on to be heard Petitioner's Motion to Dissolve Temporary Restraining Order and **Intervenor's Verified Application for Anti-Suit TRO and Permanent Anti-Suit Injunction.** This Court had previously entered an Application for Anti-Suit Temporary Restraining Order on February 7, 2023, and set this matter for a hearing for February 21, 2023 to conduct a hearing on the Application for a Permanent Injunction.

Prior to conducting the hearing on Intervenor's Verified Application for Anti-Suit TRO and Permanent Anti-Suit Injunction, the Court considered Petitioner's Motion to Dissolve the Temporary Restraining Order based upon a failure of jurisdiction. The Court took judicial notice of all documents and matters in its file. After reviewing this Court's file, this Court's judicial appointments, and after hearing arguments of counsel, the Court is of the opinion that Plaintiff's Motion to Dissolve the Temporary Restraining Order, due to lack of jurisdiction, should be, and hereby is, DENIED. **IT IS THEREFORE**

Electronically Filed
2/22/2023 6:48 PM
Hidalgo County District Clerks
Reviewed By: Maria Monsivaiz

**ORDERED, ADJUDGED and DECREED** by this Court that Mark Cantu's Motion to Dissolve the Temporary Restraining Order, previously entered in the above numbered and entitled cause, is hereby **DENIED IN ALL THINGS,** and the Court finds that this Court has jurisdiction over the parties and the underlying dispute concerning or involving the allegations of a *2008 Pay for Perjury Scheme.*

The Court then proceeded to hear Intervenor's Verified Application for Anti-Suit TRO and Permanent Anti-Suit Injunction. After considering the Court's file, the pleadings, the evidence presented and after considering arguments of counsel, the Court finds that the Applicant, J. Michael Moore, is entitled to the relief requested, in part, and an Anti-Suit PERMANENT **INJUNCTION** should be issued by the Court as follows: It is hereby

**ORDERED, ADJUDGED and DECREED** that Mark Cantu, and those in active concert with Mark Cantu, including, but not limited to, his wife, Roxanne Cantu, are **HERBY PERMANENTLY ENJOINED** from seeking to relitigate the alleged *2008 Pay for Perjury Scheme* or seek the disqualification of the Hidalgo County District Attorney, and/or seek to have appointed an attorney pro tem or empanel a grand jury to prosecute J. Michael Moore, Carlos Guerra, David Lumber or any other individual, based upon any allegations relating to the events or proceedings concerning the alleged *2008 Pay for Perjury Scheme* and the factual matters related thereto, which form the basis of Mark Cantu/Roxanne Cantu claims therein. It is further,

**ORDERED, ADJUDGED and DECREED** that Mark Cantu, and those in active

Electronically Filed
2/22/2023 6:48 PM
Hidalgo County District Clerks
Reviewed By: Maria Monsivaiz

concert with Mark Cantu, including but not limited to, his wife, Roxanne Cantu, **are HEREBY ENJOINED** from filing any further cases, proceedings, lawsuits or Rule 202 proceedings related to the alleged *2008 Pay for Perjury Scheme*, and are also **HEREBY ENJOINED** from presenting any matters to any governmental agency or investigative body or *GRAND JURY*, concerning any matters arising out of, or in any way related to, the alleged *2008 Pay for Perjury Scheme*. It is further,

**ORDERED, ADJUDGED and DECREED** that Mark Cantu, and those in active concert with Mark Cantu, including, but not limited to, his wife, Roxanne Cantu, **ARE HEREBY PERMANENTLY ENJOINED** from presenting, or attempting to present any witnesses, evidence, exhibits, affidavits, or testimony or otherwise participating in any *GRAND JURY* proceedings within the State of Texas, relating to the purported *2008 Pay for Perjury Scheme*.

SIGNED ON THE 23 DAY OF *February*, 2023 at 10:30 am/~~pm~~.

_____
**PRESIDING JUDGE**

Electronically Filed
2/22/2023 6:48 PM
Hidalgo County District Clerks
Reviewed By: Maria Monsivaiz

cc:

J. Michael Moore
Moore Law Firm
Email: lit-docket@moore-firm.com

Ron Hole
Hole & Alvarez, L.L.P.
E-Mail: mail@HoleAlvarez.com

Marco A. Cantu
Email: markacantu@hotmail.com

Gocha Allen Ramirez
gocha.ramirez@da.co.starr.tx.us
Starr County District Attorney

Hon. Rogelio Valdez
Presiding Judge
Email: rv13coa@gmail.com

Judge Missy Medary
Nueces County Courthouse
Email: Missy.medary@nuecesco.com

Terry Palacios
Victor Garza
Hidalgo County District Attorney's Office
District Attorney of Hidalgo County
Email: Victor.garza@da.co.hidalgo.tx.us

David Lumber
Guerra Law Group
Email: dlumber@guerralawgroup.com