IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARCO ALBERTO CANTU, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1476-RP |
| J. MICHAEL MOORE, | § § § | |
| Defendant. | § § | |

### FINAL JUDGMENT

On this date, the Court issued an order denying Plaintiff's motions for a preliminary injunction, (Dkts. 2, 7), and granting Defendant's motion to dismiss, (Dkt. 13). The Court dismissed Plaintiff's amended complaint with prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bears its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on March 15, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1